# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEFFREY O'QUINN,**

    **Plaintiff,**

**v.**                                          **CASE NO. 06-CV-314 DRH**

**ST. LOUIS CITY CIRCUIT ATTORNEY, et al.,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  Plaintiff's complaint brought pursuant to **42 U.S.C. § 1983** is hereby **DISMISSED** under **28 U.S.C. § 1915(e)(2)(B)** as defendants Joyce and Judge Clarke are immune from this suit and Plaintiff's remaining grievances have been found frivolous and/or fail to state a claim upon which relief can be granted.

                                                  **NORBERT G. JAWORSKI, CLERK**

June 16, 2006                                     BY:   /s/Patricia Brown
                                                                    Deputy Clerk

APPROVED: /s/  David R Herndon
              **U.S. DISTRICT JUDGE**